

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00216-CV

———————————————

IN RE VIJAYARAGHAVAN RAMACHANDRAN, Relator

---

Original Proceeding
Justice of the Peace, Precinct 2 of Denton County, Texas
Trial Court No. D24-1482J2

---

Before Birdwell, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for want of jurisdiction. *See* Tex. Gov't Code Ann. § 22.221; *see also In re Dailey*, 692 S.W.3d 480, 480–81 (Tex. 2024) (orig. proceeding) (Young, J., concurring in denial of mandamus petition and explaining procedural steps to complain about justice court's rulings). Accordingly, relator's petition for writ of mandamus is dismissed for want of jurisdiction.

Per Curiam

Delivered:  May 13, 2025